**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ANTHONY BARONE, on behalf of himself and all others similarly situated,**<br><br>       **Plaintiff,**<br> -against-<br><br>**LAZ PARKING LTD, LLC,**<br><br>       **Defendant.** | Case No. <u>3:17-cv-01545-VLB</u><br><br>January 10, 2020 |

**NOTICE OF ACCEPTANCE OF OFFERS OF JUDGMENT
<u>PURSUANT TO FED. R. CIV. P. 68</u>**

    PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 68(a), the following Plaintiffs accept the following Offers of Judgment by Defendant, which are attached as Exhibit "A" hereto: Babatunde I. Akarigidi, Shamsher Ali, Sultan Ali, Bradley Allen, Maurice Allen, Ruben Altounian, Henry Alvarado, Michael R. Alvarado, Jesse R. Atkins, James Barthel, Ryan Z. Castro, Yovanni Castro, Chad E. Clark, Cesar G. Contreras, Matthew Cooper, Jose Cordero, Terrance L. Darden, Alex James Dawson, Anthony Degidio, Francky Desilmat, Julia Dyman, Yassine El Andaloussi, Timothy J. Ferko, Brian K. Francis, Zachary Gibson, Geordan R. Grant, Jonathan. Grzely, Aida Hall, Anthony Hall, Mandie Hampshire, Lucas P. Holiday, Earnest Jefferson, Francisco A. Johnson, Bryan Jones, Courtney J. Kelley, Joseph Lewis, Keith C. Lohnes, Pablo F. Lopez, Lesli A. Luna, Joseph E. Maltese, Luis G. Marcilli-Hernandez, Patrick M. McManus, Steven Miller, Jhonneri Munoz, Sean Murphy, Julio A. Penuela, Porsche Perry, Demetry Emmanuel Roberts, Javon Ross, Stanley Sutton, Jayne Swinney, Carlos Talamantes, Ronald

Taliaferro, Keischa Taylor, Elmer Vences, Raul A. Ventura, Terry C. Wallace, Shane Roman Webber, and Robert Wheaton.[1]

The undersigned respectfully request that the Clerk of Court enter judgment in the following amounts against LAZ Parking LTD, LLC in this matter, plus an amount for attorneys' fees and costs to be determined by the Court:

- Babatunde I. Akarigidi - $362.62;
- Shamsher Ali - $3,082.71;
- Sultan Ali - $3,236.05;
- Bradley Allen - $2,247.65;
- Maurice Allen - $200.00;
- Ruben Altounian - $2,034.40;
- Henry Alvarado - $659.31;
- Michael R. Alvarado - $2170.06;
- Jesse R. Atkins - $200.00;
- James Barthel - $200.00;
- Ryan Z. Castro - $300.00;
- Yovanni Castro - $200.00;
- Chad E. Clark - $2,701.44;
- Cesar G. Contreras - $300.00;
- Matthew Cooper - $791.17;
- Jose Cordero - $1,952.61;

---

[1] Defendant has been notified that the members of the collective identified in this notice have accepted Defendant's offers of judgment. See attached Exhibit "B."

2

- Terrance L. Darden - $300.00;
- Alex James Dawson - $200.00;
- Anthony Degidio - $753.49;
- Francky Desilmat - $200.00;
- Julia Dyman - $200.00;
- Yassine El Andaloussi - $4,619.26;
- Timothy J. Ferko - $200.00;
- Brian K. Francis - $5,739.67;
- Zachary Gibson - $200.00;
- Geordan R. Grant - $1,844.54;
- Jonathan. Grzely - $200.00;
- Aida Hall - $263.72;
- Anthony Hall - $200.00;
- Mandie Hampshire - $200.00;
- Lucas P. Holiday - $300.00;
- Earnest Jefferson - $300.00;
- Francisco A. Johnson - $968.35;
- Bryan Jones - $1,682.18;
- Courtney J. Kelley - $300.00;
- Joseph Lewis - $300.00;
- Keith C. Lohnes - $3,418.83;
- Pablo F. Lopez - $2,410.69;
- Lesli A. Luna - $2,196.97;

- Joseph E. Maltese - $200.00;

- Luis G. Marcilli-Hernandez - $200.00;

- Patrick M. McManus - $200.00;

- Steven Miller - $527.45;

- Jhonneri Munoz - $300.00;

- Sean Murphy - $1,985.99;

- Julio A. Penuela - $1,388.58;

- Porsche Perry - $1,545.54;

- Demetry Emmanuel Roberts - $200.00;

- Javon Ross - $5,121.02;

- Stanley Sutton - $237.69;

- Jayne Swinney - $3,615.56;

- Carlos Talamantes - $200.00;

- Ronald Taliaferro - $200.00;

- Keischa Taylor - $300.00;

- Elmer Vences - $4,483.29;

- Raul A. Ventura - $2,373.51;

- Terry C. Wallace - $300.00;

- Shane Roman Webber - $1,342.16; and

- Robert Wheaton - $200.00.

Dated: Rye Brook, New York
August 20, 2020

**KLAFTER OLSEN & LESSER LLP**

/s/ Fran L. Rudich
Fran L. Rudich
Bar No. CT 09487

4

Two International Drive, Suite 350
Rye Brook, NY 10573
T: (914) 934-9200
F: (914) 934-9220
E: Fran@klafterolsen.com

C. Andrew Head
Fed. Bar No. ct30869
Bethany A. Hilbert
Fed. Bar No. ct30860
**HEAD LAW FIRM, LLC**
White Provision, Suite 305
1170 Howell Mill Road NW
Atlanta, GA 30318; and
4422 N Ravenswood Ave
Chicago, IL 60640
T: (404) 924-4151
F: (404) 796-7338
E: ahead@headlawfirm.com
bhilbert@headlawfirm.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 20, 2020 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

                                              /s/ Fran L. Rudich
                                              Fran L. Rudich