# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>LAZ PARKING LTD, LLC,<br><br>       Defendant. | CIVIL NO.: 3:17-CV-01545-VLB<br><br><br><br><br><br><br><br><br><br>AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF BABATUNDE I. AKARIGIDI

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED SIXTY-TWO DOLLARS AND SIXTY-TWO CENTS ($362.62) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

<div style="margin-left: 40%;">

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
       David R. Golder (ct27941)
       Allison P. Dearington (ct29277)
       Jackson Lewis P.C.
       90 Statehouse Square, 8th Floor
       Hartford, CT  06103
       Tel.: (860) 522-0404
       Fax: (860) 247-1330
       golderd@jacksonlewis.com
       allison.dearington@jacksonlewis.com

</div>

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| : | AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF SHAMSHER ALI**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against

it in this matter in the sum of THREE THOUSAND EIGHTY-TWO DOLLARS AND SEVENTY-

ONE CENTS ($3,082.71) plus pro rata costs and reasonable attorneys' fees incurred by you

through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined

by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire

collective action and then dividing the total by the number of opt-ins to determine the individual

cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil

Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the

Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be

construed either as an admission that LAZ or any of its affiliates is liable in this action to you

individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:   */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| : | AUGUST 6, 2020 |

**<u>DEFENDANT'S OFFER OF JUDGMENT TO</u>**
**<u>PLAINTIFF SULTAN ALI</u>**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE THOUSAND TWO HUNDRED THIRTY-SIX DOLLARS AND FIVE CENTS ($3,236.05) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

<div style="margin-left:40%">

DEFENDANT,
LAZ Parking LTD, LLC.

By: */s/ David R. Golder*
   David R. Golder (ct27941)
   Allison P. Dearington (ct29277)
   Jackson Lewis P.C.
   90 Statehouse Square, 8th Floor
   Hartford, CT  06103
   Tel.: (860) 522-0404
   Fax: (860) 247-1330
   golderd@jacksonlewis.com
   allison.dearington@jacksonlewis.com

</div>

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : | CIVIL NO.: 3:17-CV-01545-VLB |
|  | : |  |
|  | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| LAZ PARKING LTD, LLC, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : | AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**</u>
<u>**PLAINTIFF BRADLEY ALLEN**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO THOUSAND TWO HUNDRED FORTY-SEVEN DOLLARS AND SIXTY-FIVE CENTS ($2,247.65) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this offer is not accepted and the judgment is not more favorable than the unaccepted offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:   */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

      This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

<div align="center">

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

</div>

                                  */s/ David R. Golder*
                                  David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| _____ : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| _____ : | AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO
## PLAINTIFF MAURICE ALLEN

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against

it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus

pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro

rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total

costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the

total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil

Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the

Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be

construed either as an admission that LAZ or any of its affiliates is liable in this action to you

individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

> DEFENDANT,
> LAZ Parking LTD, LLC.
>
> By:   */s/ David R. Golder*
> David R. Golder (ct27941)
> Allison P. Dearington (ct29277)
> Jackson Lewis P.C.
> 90 Statehouse Square, 8th Floor
> Hartford, CT  06103
> Tel.: (860) 522-0404
> Fax: (860) 247-1330
> golderd@jacksonlewis.com
> allison.dearington@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
Fran@klafterolsen.com
Alexis Castillo, Esq.
Alexis.Castillo@klafterolsen.com
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
ahead@headlawfirm.com
Bethany Hilbert, Esq.
bhilbert@headlawfirm.com
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ——————————————————— : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| ——————————————————— : | AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**</u>
<u>**PLAINTIFF RUBEN ALTOUNIAN**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO THOUSAND THIRTY-FOUR DOLLARS AND FORTY-THREE CENTS ($2,034.43) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

      This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

<div align="center">

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

</div>

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | :    CIVIL NO.: 3:17-CV-01545-VLB |
|        Plaintiff, | : |
| v. | : |
| LAZ PARKING LTD, LLC, | : |
|        Defendant. | :    AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**</u>
<u>**PLAINTIFF HENRY ALVARADO**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of SIX HUNDRED FIFTY-NINE DOLLARS AND THIRTY-ONE CENTS ($659.31) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

> DEFENDANT,
> LAZ Parking LTD, LLC.
>
> By:   */s/ David R. Golder*
> David R. Golder (ct27941)
> Allison P. Dearington (ct29277)
> Jackson Lewis P.C.
> 90 Statehouse Square, 8th Floor
> Hartford, CT  06103
> Tel.: (860) 522-0404
> Fax: (860) 247-1330
> golderd@jacksonlewis.com
> allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB<br>:<br>:<br>:<br>: |
|        Plaintiff, | : |
| v. | :<br>: |
| LAZ PARKING LTD, LLC, | :<br>: |
|       Defendant. | :<br>: AUGUST 6, 2020 |

## <u>DEFENDANT'S OFFER OF JUDGMENT TO<br>PLAINTIFF MICHAEL R. ALVARADO</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO THOUSAND ONE HUNDRED SEVENTY DOLLARS AND SIX CENTS ($2,170.06) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:   */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

   This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


<div align="center">

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318



<u>*/s/ David R. Golder*</u>
David R. Golder

</div>

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>LAZ PARKING LTD, LLC,<br><br>          Defendant. | CIVIL NO.: 3:17-CV-01545-VLB<br><br><br><br><br><br><br><br><br><br>AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO
## PLAINTIFF JESSE R. ATKINS

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:      */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of | : | |
| Himself and all others similarly | : | |
| situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAZ PARKING LTD, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | AUGUST 6, 2020 |

### DEFENDANT'S OFFER OF JUDGMENT TO
### PLAINTIFF JAMES BARTHEL

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : : : : | CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : : | |
| v. | : : | |
| LAZ PARKING LTD, LLC, | : : | |
| Defendant. | : : | AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF RYAN Z. CASTRO**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED DOLLARS AND ZERO CENTS ($300.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

   This is to certify that on August 6, 2020, a copy of the foregoing was emailed to

the following counsel of record:


<div align="center">

Fran L. Rudich, Esq.

<u>Fran@klafterolsen.com</u>

Alexis Castillo, Esq.

<u>Alexis.Castillo@klafterolsen.com</u>

KLAFTER OLSEN & LESSER LLP

Two International Drive, Suite 350

Rye Brook, NY 10573


C. Andrew Head, Esq.

<u>ahead@headlawfirm.com</u>

Bethany Hilbert, Esq.

<u>bhilbert@headlawfirm.com</u>

Head Law Firm, LLC

1170 Howell Mill Rd NW

Suite 305

Atlanta, GA 30318

</div>


         */s/ David R. Golder*

         David R. Golder

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : | CIVIL NO.: 3:17-CV-01545-VLB |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| LAZ PARKING LTD, LLC, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : | AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO
## PLAINTIFF YOVANNI CASTRO

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| : | AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF CHAD E. CLARK**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO THOUSAND SEVEN HUNDRED ONE DOLLARS AND ZERO CENTS ($2,701.44) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020, a copy of the foregoing was emailed to

the following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| | : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of | : | |
| Himself and all others similarly | : | |
| situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAZ PARKING LTD, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**</u>
<u>**PLAINTIFF CESAR CONTRERAS**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED DOLLARS AND ZERO CENTS ($300.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

<div style="margin-left:40%">

DEFENDANT,
LAZ Parking LTD, LLC.

By:   */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

</div>

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : |
| v. | : |
| LAZ PARKING LTD, LLC, | : |
| Defendant. | : AUGUST 6, 2020 |

## <u>DEFENDANT'S OFFER OF JUDGMENT TO</u>
## <u>PLAINTIFF MATTHEW COOPER</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of SEVEN HUNDRED NINETY-ONE DOLLARS AND SEVENTEEN CENTS ($791.17) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

> DEFENDANT,
> LAZ Parking LTD, LLC.
>
> By:    */s/ David R. Golder*
> David R. Golder (ct27941)
> Allison P. Dearington (ct29277)
> Jackson Lewis P.C.
> 90 Statehouse Square, 8th Floor
> Hartford, CT  06103
> Tel.: (860) 522-0404
> Fax: (860) 247-1330
> golderd@jacksonlewis.com
> allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---

|  |  |
|---|---|
| : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |

---
: AUGUST 6, 2020

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**</u>
<u>**PLAINTIFF JOSE CORDERO**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against

it in this matter in the sum of ONE THOUSAND NINE HUNDRED FIFTY-TWO DOLLARS

AND SIXTY-ONE CENTS ($1,952.61) plus pro rata costs and reasonable attorneys' fees incurred

by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be

determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the

entire collective action and then dividing the total by the number of opt-ins to determine the

individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil

Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the

Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be

construed either as an admission that LAZ or any of its affiliates is liable in this action to you

individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:  */s/ David R. Golder*
     David R. Golder (ct27941)
     Allison P. Dearington (ct29277)
     Jackson Lewis P.C.
     90 Statehouse Square, 8th Floor
     Hartford, CT  06103
     Tel.: (860) 522-0404
     Fax: (860) 247-1330
     golderd@jacksonlewis.com
     allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : : : : | CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : : : | |
| v. | : : | |
| LAZ PARKING LTD, LLC, | : : : | |
| Defendant. | : : | AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF TERRANCE L. DARDEN

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED DOLLARS AND ZERO CENTS ($300.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

  This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


<div align="center">

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

</div>


        */s/ David R. Golder*
        David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | :    CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : |
| v. | : |
| LAZ PARKING LTD, LLC, | : |
| Defendant. | : |
| | :    AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF ALEX JAMES DAWSON**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:      */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

   This is to certify that on August 6, 2020, a copy of the foregoing was emailed to

the following counsel of record:


<div align="center">

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

</div>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|                                          |     |                                    |
| ---------------------------------------- | --- | ---------------------------------- |
|                                          | :   | CIVIL NO.: 3:17-CV-01545-VLB       |
| ANTHONY BARONE, on behalf of             | :   |                                    |
| Himself and all others similarly         | :   |                                    |
| situated,                                | :   |                                    |
|                                          | :   |                                    |
| Plaintiff,                               | :   |                                    |
|                                          | :   |                                    |
| v.                                       | :   |                                    |
|                                          | :   |                                    |
| LAZ PARKING LTD, LLC,                    | :   |                                    |
|                                          | :   |                                    |
| Defendant.                               | :   |                                    |
|                                          | :   | AUGUST 6, 2020                     |

## <u>DEFENDANT'S OFFER OF JUDGMENT TO<br>PLAINTIFF ANTHONY DEGIDIO</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of SEVEN HUNDRED FIFTY-THREE DOLLARS AND FORTY-NINE CENTS ($753.49) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

<div style="margin-left: 40%;">

DEFENDANT,
LAZ Parking LTD, LLC.

By:   */s/ David R. Golder*
     David R. Golder (ct27941)
     Allison P. Dearington (ct29277)
     Jackson Lewis P.C.
     90 Statehouse Square, 8th Floor
     Hartford, CT  06103
     Tel.: (860) 522-0404
     Fax: (860) 247-1330
     golderd@jacksonlewis.com
     allison.dearington@jacksonlewis.com

</div>

<u>CERTIFICATION OF SERVICE</u>

      This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : : : : : | CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : : | |
| v. | : : | |
| LAZ PARKING LTD, LLC, | : : | |
| Defendant. | : : | AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF FRANCKY DESILMAT**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

<div style="margin-left: 3em;">

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

</div>

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : : : : | CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : : | |
| v. | : : | |
| LAZ PARKING LTD, LLC, | : : | |
| Defendant. | : : | AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF JULIA DYMAN

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

> DEFENDANT,
> LAZ Parking LTD, LLC.
>
> By:    */s/ David R. Golder*
>         David R. Golder (ct27941)
>         Allison P. Dearington (ct29277)
>         Jackson Lewis P.C.
>         90 Statehouse Square, 8th Floor
>         Hartford, CT  06103
>         Tel.: (860) 522-0404
>         Fax: (860) 247-1330
>         golderd@jacksonlewis.com
>         allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ———————————————— : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| ———————————————— : | AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**</u>
<u>**PLAINTIFF YASSINE EL ANDALOUSSI**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of FOUR THOUSAND SIX HUNDRED NINETEEN DOLLARS AND TWENTY-SIX CENTS ($4,619.26) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

<div style="margin-left:40%">

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

</div>

<u>CERTIFICATION OF SERVICE</u>

     This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| _____ | : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of | : | |
| Himself and all others similarly | : | |
| situated, | : | |
|  | : | |
| Plaintiff, | : | |
|  | : | |
| v. | : | |
|  | : | |
| LAZ PARKING LTD, LLC, | : | |
|  | : | |
| Defendant. | : | |
| _____ | : | AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF TIMOTHY J. FERKO**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT 06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| LAZ PARKING LTD, LLC, | : |
| | : |
| Defendant. | : |
| | : AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**</u>
<u>**PLAINTIFF BRIAN K. FRANCIS**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of FIVE THOUSAND SEVEN HUNDRED THIRTY-NINE DOLLARS AND SIXTY-SEVEN CENTS ($5,739.67) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

   This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

<div align="center">

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

</div>

        <u>*/s/ David R. Golder*</u>
        David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB<br>:<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| LAZ PARKING LTD, LLC, | :<br>: |
| Defendant. | :<br>: AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF ZACHARY GIBSON**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020, a copy of the foregoing was emailed to

the following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : : : : | CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : : | |
| v. | : : | |
| LAZ PARKING LTD, LLC, | : : | |
| Defendant. | : : : | AUGUST 6, 2020 |

## <u>DEFENDANT'S OFFER OF JUDGMENT TO<br>PLAINTIFF GEORDAN R. GRANT</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of ONE THOUSAND EIGHT HUNDRED FORTY-FOUR DOLLARS AND FIFTY-FOUR CENTS ($1,844.54) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : |
| v. | : |
| LAZ PARKING LTD, LLC, | : |
| Defendant. | : AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF JONATHAN GRZELY

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| _____ | : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of | : |  |
| Himself and all others similarly | : |  |
| situated, | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| LAZ PARKING LTD, LLC, | : |  |
|  | : |  |
| Defendant. | : |  |
| _____ | : | AUGUST 6, 2020 |

## <u>DEFENDANT'S OFFER OF JUDGMENT TO</u>
## <u>PLAINTIFF AIDA HALL</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED SIXTY-THREE DOLLARS AND SEVENTY-TWO CENTS ($263.72) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ———————————————— | : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of | : | |
| Himself and all others similarly | : | |
| situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAZ PARKING LTD, LLC, | : | |
| | : | |
| Defendant. | : | |
| ———————————————— | : | AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF ANTHONY HALL**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB :  :  :  :  : |
| Plaintiff, | : : |
| v. | : : |
| LAZ PARKING LTD, LLC, | : : |
| Defendant. | : : |
| | : AUGUST 6, 2020 |

## <u>DEFENDANT'S OFFER OF JUDGMENT TO</u>
## <u>PLAINTIFF MANDIE HAMPSHIRE</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:   */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT 06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAZ PARKING LTD, LLC,<br><br>　　　　　Defendant. | ：　CIVIL NO.: 3:17-CV-01545-VLB<br>：<br>：<br>：<br>：<br>：<br>：<br>：<br>：<br>：<br>：<br>：<br>：　AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO
## PLAINTIFF LUCAS P. HOLIDAY

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED DOLLARS AND ZERO CENTS ($300.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of<br>Himself and all others similarly<br>situated, | :    CIVIL NO.: 3:17-CV-01545-VLB<br>:<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| LAZ PARKING LTD, LLC, | :<br>: |
| Defendant. | :<br>:    AUGUST 6, 2020 |

## <u>DEFENDANT'S OFFER OF JUDGMENT TO</u>
## <u>PLAINTIFF EARNEST JEFFERSON</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED DOLLARS AND ZERO CENTS ($300.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

   This is to certify that on August 6, 2020, a copy of the foregoing was emailed to

the following counsel of record:


<div align="center">

Fran L. Rudich, Esq.

<u>Fran@klafterolsen.com</u>

Alexis Castillo, Esq.

<u>Alexis.Castillo@klafterolsen.com</u>

KLAFTER OLSEN & LESSER LLP

Two International Drive, Suite 350

Rye Brook, NY 10573


C. Andrew Head, Esq.

<u>ahead@headlawfirm.com</u>

Bethany Hilbert, Esq.

<u>bhilbert@headlawfirm.com</u>

Head Law Firm, LLC

1170 Howell Mill Rd NW

Suite 305

Atlanta, GA 30318

</div>


            */s/ David R. Golder*

            David R. Golder

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : : : : |
| Plaintiff, | : : : |
| v. | : : |
| LAZ PARKING LTD, LLC, | : : |
| Defendant. | : : |

CIVIL NO.: 3:17-CV-01545-VLB

AUGUST 6, 2020

## <u>DEFENDANT'S OFFER OF JUDGMENT TO<br>PLAINTIFF FRANCISCO A. JOHNSON</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of NINE HUNDRED SIXTY-EIGHT DOLLARS AND THIRTY-FIVE CENTS ($968.35) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

  This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


<div align="center">

Fran L. Rudich, Esq.

<u>Fran@klafterolsen.com</u>

Alexis Castillo, Esq.

<u>Alexis.Castillo@klafterolsen.com</u>

KLAFTER OLSEN & LESSER LLP

Two International Drive, Suite 350

Rye Brook, NY 10573


C. Andrew Head, Esq.

<u>ahead@headlawfirm.com</u>

Bethany Hilbert, Esq.

<u>bhilbert@headlawfirm.com</u>

Head Law Firm, LLC

1170 Howell Mill Rd NW

Suite 305

Atlanta, GA 30318


<u>*/s/ David R. Golder*</u>

David R. Golder

</div>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
|                      : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| : | AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF BRYAN JONES**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of ONE THOUSAND SIX HUNDRED EIGHTY-TWO DOLLARS AND EIGHTEEN CENTS ($1,682.18) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

                    DEFENDANT,
                    LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
          David R. Golder (ct27941)
          Allison P. Dearington (ct29277)
          Jackson Lewis P.C.
          90 Statehouse Square, 8th Floor
          Hartford, CT  06103
          Tel.: (860) 522-0404
          Fax: (860) 247-1330
          golderd@jacksonlewis.com
          allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| _____ : | AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF COURTNEY J. KELLEY

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED DOLLARS AND ZERO CENTS ($300.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

<div style="margin-left:40%">

DEFENDANT,
LAZ Parking LTD, LLC.

By: */s/ David R. Golder*
   David R. Golder (ct27941)
   Allison P. Dearington (ct29277)
   Jackson Lewis P.C.
   90 Statehouse Square, 8th Floor
   Hartford, CT  06103
   Tel.: (860) 522-0404
   Fax: (860) 247-1330
   golderd@jacksonlewis.com
   allison.dearington@jacksonlewis.com

</div>

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| | : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of | : | |
| Himself and all others similarly | : | |
| situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAZ PARKING LTD, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF JOSEPH LEWIS

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED DOLLARS AND ZERO CENTS ($300.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that on August 6, 2020, a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
Fran@klafterolsen.com
Alexis Castillo, Esq.
Alexis.Castillo@klafterolsen.com
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
ahead@headlawfirm.com
Bethany Hilbert, Esq.
bhilbert@headlawfirm.com
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LAZ PARKING LTD, LLC,<br><br>    Defendant. | :  CIVIL NO.: 3:17-CV-01545-VLB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF KEITH C. LOHNES

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE THOUSAND FOUR HUNDRED EIGHTEEN DOLLARS AND EIGHTY-THREE CENTS ($3,418.83) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : |
| v. | : |
| LAZ PARKING LTD, LLC, | : |
| Defendant. | : AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO
## PLAINTIFF PABLO F. LOPEZ

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO THOUSAND FOUR HUNDRED TEN DOLLARS AND SIXTY-NINE CENTS ($2,410.69) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB : : : : |
| Plaintiff, | : : |
| v. | : : |
| LAZ PARKING LTD, LLC, | : : |
| Defendant. | : : |
|  | : AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF LESLI A. LUNA

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO THOUSAND ONE HUNDRED NINETY-SIX DOLLARS AND NINETY-SEVEN CENTS ($2,196.97) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| | : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of | : | |
| Himself and all others similarly | : | |
| situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAZ PARKING LTD, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF JOSEPH E. MALTESE**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against

it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus

pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro

rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total

costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the

total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil

Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the

Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be

construed either as an admission that LAZ or any of its affiliates is liable in this action to you

individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| | : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of | : | |
| Himself and all others similarly | : | |
| situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAZ PARKING LTD, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF LUIS G. MARCILLI-HERNANDEZ**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

      This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | :    CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : |
| v. | : |
| LAZ PARKING LTD, LLC, | : |
| Defendant. | :    AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**</u>
<u>**PLAINTIFF PATRICK M. MCMANUS**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By: */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| LAZ PARKING LTD, LLC, | :<br>: |
| Defendant. | :<br>: AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF STEVEN MILLER

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of FIVE HUNDRED TWENTY-SEVEN DOLLARS AND FORTY-FIVE CENTS ($527.45) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| : | AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF JHONNERI MUNOZ**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED DOLLARS AND ZERO CENTS ($300.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
Fran@klafterolsen.com
Alexis Castillo, Esq.
Alexis.Castillo@klafterolsen.com
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
ahead@headlawfirm.com
Bethany Hilbert, Esq.
bhilbert@headlawfirm.com
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
|       Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
|       Defendant. : | |
| : | AUGUST 6, 2020 |

## <u>DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF SEAN MURPHY</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of ONE THOUSAND NINE HUNDRED EIGHTY-FIVE DOLLARS AND NINETY-NINE CENTS ($1,985.99) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

<div style="margin-left:40%">

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
       David R. Golder (ct27941)
       Allison P. Dearington (ct29277)
       Jackson Lewis P.C.
       90 Statehouse Square, 8th Floor
       Hartford, CT  06103
       Tel.: (860) 522-0404
       Fax: (860) 247-1330
       golderd@jacksonlewis.com
       allison.dearington@jacksonlewis.com

</div>

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
Fran@klafterolsen.com
Alexis Castillo, Esq.
Alexis.Castillo@klafterolsen.com
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
ahead@headlawfirm.com
Bethany Hilbert, Esq.
bhilbert@headlawfirm.com
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : |
| v. | : |
| LAZ PARKING LTD, LLC, | : |
| Defendant. | : AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF JULIO A. PANUELA**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of ONE THOUSAND THREE HUNDRED EIGHTY-EIGHT DOLLARS AND FIFTY-EIGHT CENTS ($1,388.58) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| _____ : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
|          Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
|         Defendant. : | |
| _____ : | AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO
## PLAINTIFF PORSCHE PERRY

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of ONE THOUSAND FIVE HUNDRED FORTY-FIVE DOLLARS AND FIFTY-FOUR CENTS ($1,545.54) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:   */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| _____ : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| _____ : | AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**</u>
<u>**PLAINTIFF DEMETRY EMMANUEL ROBERTS**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB<br>:<br>:<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| LAZ PARKING LTD, LLC, | :<br>: |
| Defendant. | :<br>: AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO
## PLAINTIFF JAVON ROSS

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of FIVE THOUSAND ONE HUNDRED TWENTY-ONE DOLLARS AND TWO CENTS ($5,121.02) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

> DEFENDANT,
> LAZ Parking LTD, LLC.
>
> By:    */s/ David R. Golder*
> David R. Golder (ct27941)
> Allison P. Dearington (ct29277)
> Jackson Lewis P.C.
> 90 Statehouse Square, 8th Floor
> Hartford, CT  06103
> Tel.: (860) 522-0404
> Fax: (860) 247-1330
> golderd@jacksonlewis.com
> allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB<br>:<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| LAZ PARKING LTD, LLC, | :<br>: |
| Defendant. | :<br>: AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF STANLEY SUTTON**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED THIRTY-SEVEN DOLLARS AND SIXTY-NINE CENTS ($237.69) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
Fran@klafterolsen.com
Alexis Castillo, Esq.
Alexis.Castillo@klafterolsen.com
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
ahead@headlawfirm.com
Bethany Hilbert, Esq.
bhilbert@headlawfirm.com
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | :    CIVIL NO.: 3:17-CV-01545-VLB |

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of<br>Himself and all others similarly<br>situated, | :     CIVIL NO.: 3:17-CV-01545-VLB<br>:<br>: |
|          Plaintiff, | :<br>: |
| v. | :<br>: |
| LAZ PARKING LTD, LLC, | :<br>: |
|          Defendant. | :<br>:     AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO**</u>
<u>**PLAINTIFF JAYNE SWINNEY**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE THOUSAND SIX HUNDRED FIFTEEN DOLLARS AND FIFTY-SIX CENTS ($3,615.56) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

> DEFENDANT,
> LAZ Parking LTD, LLC.
>
> By:  */s/ David R. Golder*
> David R. Golder (ct27941)
> Allison P. Dearington (ct29277)
> Jackson Lewis P.C.
> 90 Statehouse Square, 8th Floor
> Hartford, CT  06103
> Tel.: (860) 522-0404
> Fax: (860) 247-1330
> golderd@jacksonlewis.com
> allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : : : : | CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : : | |
| v. | : : | |
| LAZ PARKING LTD, LLC, | : : | |
| Defendant. | : : | AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF CARLOS TALAMANTES

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

> DEFENDANT,
> LAZ Parking LTD, LLC.
>
> By:     */s/ David R. Golder*
> David R. Golder (ct27941)
> Allison P. Dearington (ct29277)
> Jackson Lewis P.C.
> 90 Statehouse Square, 8th Floor
> Hartford, CT  06103
> Tel.: (860) 522-0404
> Fax: (860) 247-1330
> golderd@jacksonlewis.com
> allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| : | CIVIL NO.: 3:17-CV-01545-VLB |
| ANTHONY BARONE, on behalf of : | |
| Himself and all others similarly : | |
| situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LAZ PARKING LTD, LLC, : | |
| : | |
| Defendant. : | |
| : | AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF RONALD TALIAFERRO**

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against

it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus

pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro

rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total

costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the

total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil

Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the

Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be

construed either as an admission that LAZ or any of its affiliates is liable in this action to you

individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB<br>:<br>:<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| LAZ PARKING LTD, LLC, | :<br>: |
| Defendant. | :<br>: AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF KEISCHA TAYLOR

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED DOLLARS AND ZERO CENTS ($300.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:      */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of<br>Himself and all others similarly<br>situated,<br><br>                Plaintiff,<br><br>v.<br><br>LAZ PARKING LTD, LLC,<br><br>                Defendant. | CIVIL NO.: 3:17-CV-01545-VLB<br><br><br><br><br><br><br><br><br><br><br><br>AUGUST 6, 2020 |

**DEFENDANT'S OFFER OF JUDGMENT TO**
**PLAINTIFF ELMER VENCES**

       Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of FOUR THOUSAND FOUR HUNDRED EIGHTY-THREE DOLLARS AND TWENTY-NINE CENTS ($4,483.29) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

       This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

       This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LAZ PARKING LTD, LLC,<br><br>　　　　　　Defendant. | :  CIVIL NO.: 3:17-CV-01545-VLB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO
## PLAINTIFF RAUL A. VENTURA

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO THOUSAND THREE HUNDRED SEVENTY-THREE DOLLARS AND FIFTY-ONE CENTS ($2,373.51) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : |
| v. | : |
| LAZ PARKING LTD, LLC, | : |
| Defendant. | : |
| | : AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF TERRY C. WALLACE

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of THREE HUNDRED DOLLARS AND ZERO CENTS ($300.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:    */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | : : : : : | CIVIL NO.: 3:17-CV-01545-VLB |
| Plaintiff, | : : | |
| v. | : : | |
| LAZ PARKING LTD, LLC, | : : | |
| Defendant. | : : | AUGUST 6, 2020 |

## DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF SHANE ROMAN WEBBER

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of ONE THOUSAND THREE HUNDRED FORTY-TWO DOLLARS AND SIXTEEN CENTS ($1,342.16) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer.  Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g.*, determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:     */s/ David R. Golder*
        David R. Golder (ct27941)
        Allison P. Dearington (ct29277)
        Jackson Lewis P.C.
        90 Statehouse Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        golderd@jacksonlewis.com
        allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the

following counsel of record:


Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573


C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318


*/s/ David R. Golder*
David R. Golder

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| ANTHONY BARONE, on behalf of Himself and all others similarly situated, | :    CIVIL NO.: 3:17-CV-01545-VLB <br> : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| LAZ PARKING LTD, LLC, | : <br> : |
| Defendant. | : <br> :    AUGUST 6, 2020 |

<u>**DEFENDANT'S OFFER OF JUDGMENT TO
PLAINTIFF ROBERT WHEATON**</u>

Defendant LAZ Parking LTD, LLC ("LAZ") offers to allow judgment to be taken against it in this matter in the sum of TWO HUNDRED DOLLARS AND ZERO CENTS ($200.00) plus pro rata costs and reasonable attorneys' fees incurred by you through the date of this Offer. Pro rata costs and reasonable attorneys' fees are to be determined by the Court (*e.g*., determining total costs and attorneys' fees incurred on behalf of the entire collective action and then dividing the total by the number of opt-ins to determine the individual cost and attorneys' fee award).

This Offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the Offer within 14 days of the date that it was served on you.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that LAZ or any of its affiliates is liable in this action to you individually, or to any other Plaintiff, or that you have suffered any damage.

Acceptance of the Offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint against LAZ, as well as LAZ's successors or assigns and any past and present employees, representatives and agents of LAZ, in their entirety, as well as a release of any claims under federal or state law arising out of the conduct set forth in the Amended Complaint. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other Plaintiff against LAZ.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to Plaintiffs, or against LAZ of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. This Offer is limited to the monetary amount identified in Paragraph 1 of this Offer of Judgment.

YOU ARE FURTHER NOTIFIED that, under the terms of Rule 68, if this Offer is not accepted and the judgment is not more favorable than the unaccepted Offer, you will be responsible for all costs after the date of this Offer.

DEFENDANT,
LAZ Parking LTD, LLC.

By:   */s/ David R. Golder*
David R. Golder (ct27941)
Allison P. Dearington (ct29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
golderd@jacksonlewis.com
allison.dearington@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

This is to certify that on August 6, 2020 a copy of the foregoing was emailed to the following counsel of record:

Fran L. Rudich, Esq.
<u>Fran@klafterolsen.com</u>
Alexis Castillo, Esq.
<u>Alexis.Castillo@klafterolsen.com</u>
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573

C. Andrew Head, Esq.
<u>ahead@headlawfirm.com</u>
Bethany Hilbert, Esq.
<u>bhilbert@headlawfirm.com</u>
Head Law Firm, LLC
1170 Howell Mill Rd NW
Suite 305
Atlanta, GA 30318

*/s/ David R. Golder*
David R. Golder