UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BARONE, on behalf of himself and all others similarly situated, | : : : No. 3:17-cv-1545-VLB |
| Plaintiffs, | : : |
| v. | : NOVEMBER 2, 2020 : |
| LAZ PARKING LTD, LLC, | : : |
| Defendants. | : |

### DECISION GRANTING PARTIAL FINAL JUDGMENT IN FAVOR OF PLAINTIFFS WHO ACCEPTED RULE 68 OFFERS OF JUDGMENT [DKT. 121]

The underlying complaint brought by Terrell Day alleges Defendant violated the Fair Labor Standard Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.* by failing to pay overtime wages to Mr. Day and others who are similarly situated ("Collective Action Members"). [Dkt. 1]. The Plaintiffs substituted Mr. Day as the named Plaintiff with Anthony Barone. [Dkt. 42, 45]. The action was conditionally certified. [Dkt. 70].

On August 20, 2020, the Plaintiffs filed a Notice of Acceptance of Offers of Judgment. [Dkt. 110]. This Notice provides that 59 of the action members have accepted offers of judgment. *Id.* Judgement has not been entered as to any of these Plaintiffs. Plaintiffs have moved for an entry of partial judgment as to the 59 aforementioned Plaintiffs. [Dkt. 121]. Defendant does not oppose the motion.

Federal Rules of Civil Procedure Rule 54(b) authorizes a court to enter partial final judgment "as to one or more, but fewer than all, claims or parties" when: "(1) there are multiple claims or parties; (2) at least one claim or the rights and liabilities of at least one party has been finally determined; and (3) the court makes an 'express[] determin[ation] that there is no just reason for delay.'" *Acumen Re*

1

*Mgmt. Corp. v. Gen. Sec. Nat'l Ins. Co.*, 769 F.3d 135, 140 (2d Cir. 2014) (quoting Fed R. Civ. P. 54(b)).  The Court finds that there are multiple parties in this action, that 59 of those parties have reached final determinations as to their claims, and there is not just reason for delay.  Therefore, the criteria for partial judgment has been met and the Plaintiff's motion is GRANTED.

The Clerk is directed to enter judgment as to Plaintiffs: Babatunde I. Akarigidi, Shamsher Ali, Sultan Ali, Bradley Allen, Maurice Allen, Ruben Altounian, Henry Alvarado, Michael R. Alvarado, Jesse R. Atkins, James Barthel, Ryan Z. Castro, Yovanni Castro, Chad E. Clark, Cesar G. Contreras, Matthew Cooper, Jose Cordero, Terrance L. Darden, Alex James Dawson, Anthony Degidio, Francky Desilmat, Julia Dyman, Yassine El Andaloussi, Timothy J. Ferko, Brian K. Francis, Zachary Gibson, Geordan R. Grant, Jonathan. Grzely, Aida Hall, Anthony Hall, Mandie Hampshire, Lucas P. Holiday, Earnest Jefferson, Francisco A. Johnson, Bryan Jones, Courtney J. Kelley, Joseph Lewis, Keith C. Lohnes, Pablo F. Lopez, Lesli A. Luna, Joseph E. Maltese, Luis G. Marcilli-Hernandez, Patrick M. McManus, Steven Miller, Jhonneri Munoz, Sean Murphy, Julio A. Penuela, Porsche Perry, Demetry Emmanuel Roberts, Javon Ross, Stanley Sutton, Jayne Swinney, Carlos Talamantes, Ronald Taliaferro, Keischa Taylor, Elmer Vences, Raul A. Ventura, Terry C. Wallace, Shane Roman Webber, and Robert Wheaton.

IT IS SO ORDERED.

                                                            /s/
                                        Hon. Vanessa L. Bryant
                                        United States District Judge

Dated this day in Hartford, Connecticut: November 2, 2020