UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY BARONE, on behalf of himself and all others similarly situated, : : : | |
| Plaintiffs, : : | No. 3:17-cv-1545-VLB |
| v. : : | JANUARY 4, 2020 |
| LAZ PARKING LTD, LLC, : : | |
| Defendants. : | |

**DECISION GRANTING CONSENT MOTION TO REOPEN CASE AND GRANTING FINAL JUDGMENT IN FAVOR OF THE REMAINING PLAINTIFFS WHO ACCEPTED RULE 68 OFFERS OF JUDGMENT, DKT. 140**

The underlying complaint brought by Terrell Day alleges Defendant violated the Fair Labor Standard Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.* by failing to pay overtime wages to Mr. Day and others who are similarly situated ("Collective Action Members"). [Dkt. 1]. The Plaintiffs substituted Mr. Day as the named Plaintiff with Anthony Barone. [Dkt. 42, 45]. The action was conditionally certified. [Dkt. 70].

On August 20, 2020, the Plaintiffs filed a Notice of Acceptance of Offers of Judgment. [Dkt. 110]. This Notice provides that 59 of the action members have accepted offers of judgment. *Id.* The Plaintiffs moved for entry of partial judgment as to the 59 aforementioned Plaintiffs; [Dkt. 121]; which this Court granted. [Dkt. 125]. At that time three Plaintiffs remained with unsettled claims.

The parties informed the Court that they were engaging in settlement negotiations and required additional time to conduct discovery. [Dkt. 134]. By that time, this case was pending for more than three years. In lieu of continually extending deadlines as the parties engaged in settlement discussions, the Court

1

entered an order dismissing the case without prejudice to moving to reopen within 140 days, which would provide the parties sufficient time to reach a decision on whether they would agree to a settlement or proceed to trial.  [Dkt. 135].

The Plaintiffs filed a consent motion to reopen and notice of acceptance of offer of judgment for the remaining three Plaintiffs.  [Dkt. 139, 140].  In this motion, the Plaintiff's request that the case be reopened for the purpose of (1) filing a notice of acceptance of offers of judgment as to the three remaining Plaintiffs, and (2) to file a satisfaction of all judgments entered in this case, "which will conclude the case in its entirety."  [Dkt. 139].

The Court grants the motion to reopen and directs the Clerk to enter judgment as to the remaining Plaintiffs: Anthony Barone, Benjamin Lhota, and Mahbub Ali.  Thereupon the Clerk is directed the close the case and thereafter the parties may file a satisfaction of all judgments entered in the case.

IT IS SO ORDERED.

Vanessa L. Bryant
Digitally signed by Vanessa L. Bryant
Date: 2021.01.04 15:11:48 -05'00'

**Hon. Vanessa L. Bryant**
**United States District Judge**

Dated this day in Hartford, Connecticut.