UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANTHONY BARONE, on behalf of himself and all others similarly situated** : : : : **v.** : : **LAZ PARKING LTD, LLC** : : | NO. 3:17-cv-1545-VLB |

## **JUDGMENT**

This action having come before the Court on plaintiff's Notice of Acceptance of Offers of Judgment Pursuant to Fed. R. Civ. P. 68, with partial judgment having already issued on November 3, 2020, before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law and having issued a decision directing the Clerk to enter judgment as to the remaining plaintiffs; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in accordance with the notice of acceptance of offer in the following amounts for plaintiffs in this matter: Anthony Barone for $7,500.00 plus $8,151.57 for attorney's fees and costs; Benjamin Lhota for $5,500.00 plus $5,977.82 for attorney's fees and costs; and Mahbub Ali for $6,407.00 plus $6,963.61 for attorney's fees and costs.

**EOD: 1/7/2021**

**Dated at Hartford, Connecticut, this 7th day of January, 2021.**

                              **ROBIN D. TABORA, Clerk**

                              **By  /S/ Jeremy J. Shafer**
                                      **Jeremy Shafer**
                                       **Deputy Clerk**